# United States Court of Appeals for the Federal Circuit

October 14, 2010

**ERRATA**

2010-1127

(Serial No. 11/014,909)

IN RE RICHARD F. SCHWEMBERGER

Decided:  October 13, 2010
Precedential Opinion

Please make the following change:

Page 1, correct attorneys name "Frances N. Lynch" to "Frances M. Lynch"